**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
MARIO A. ORNELAS d/b/a :
:
MARIO'S BANQUET AND CONFERENCE : 25-cv-4322 (DEH) (OTW)
CENTER, :
: **ORDER**
Plaintiffs, :
:
-against- :
:
MT. HAWLEY INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held an initial case management conference on August 13, 2025. As **ORDERED** at the August 13 conference:

The parties are directed to file a joint status letter on the docket by **August 29, 2025,** and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: August 14, 2025                                  **Ona T. Wang**
  New York, New York                              United States Magistrate Judge