UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario A. Ornelas d/b/a Mario's Banquet
and Conference Center, an Individual,

              Plaintiff,

      -v-

Mt. Hawley Insurance Company,

            Defendant.

Civil Action no. 25-CV-4322 (DEH) (OTW)

JOINT DISCOVERY STATUS REPORT

Dear Magistrate Judge Ona T. Wang:

      Plaintiff Mario A. Ornelas d/b/a Mario's Banquet and Conference Center (Plaintiff) and defendant Mt. Hawley Insurance Company (Defendant) submit this Joint Discovery Status Report. Pursuant to the Court's Order dated August 14, 2025. ECF. No. 25.

      On July 29, 2025, Defendant served Plaintiff with Defendant's First Set of Interrogatories and Defendant's First Requests for Production. On August 6, 2025, Plaintiff served Defendant with Plaintiff's First Interrogatories   to Defendant and Plaintiff's First Requests for Production.

      The parties are discussing scheduling depositions.

Respectfully Submitted,

1

ATTORNEYS FOR PLAINTIFF:

*/s/ Molly J. Sapp*

Molly J. Sapp, *admitted pro hac vice*
Florida Bar No. 1044896
Texas Bar No. 24122949
Colorado Bar No. 61149
**WOOLSEY MORCOM PLLC**
203 Fort Wade Rd., Suite 260
Ponte Vedra, Florida 32081
Telephone: (904) 638-4235
Facsimile: (904) 638-9302
msapp@woolseymorcom.com
jonathan@woolseymorcom.com
leticia@woolseymorcom.com
cgilbert@woolseymorcom.com
fppeservice@woolseymorcom.com

cc:   All counsel of record via ECF

ATTORNEYS FOR DEFENDANT:

*/s/ Gregory K. Winslett*

Gregory K. Winslett, *admitted pro hac vice*
Texas Bar No. 21781900
R. Kendall Yow, *admitted pro hac vice*
Texas Bar No. 24066806
kyow@qslwm.com
**QUILLING, SELANDER, LOWNDS,**
   **WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214-871-2100 Telephone
214-871-2111 Facsimile
gwinslett@qslwm.com
kyow@qslwm.com