UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario A. Ornelas d/b/a Mario's Banquet
and Conference Center, an Individual,

              Plaintiff,                          Civil Action no. 25-CV-4322 (DEH) (OTW)

                                                 JOINT DISCOVERY STATUS REPORT

       -v-
Mt. Hawley Insurance Company,

              Defendant.

Dear Magistrate Judge Ona T. Wang:

       Plaintiff Mario A. Ornelas d/b/a Mario's Banquet and Conference Center (Plaintiff) and
defendant Mt. Hawley Insurance Company (Defendant) submit this Joint Discovery Status Report.
Pursuant to the Court's Order dated August 14, 2025. ECF. No. 25.

       On September 5, 2025, Plaintiff served on Defendant Plaintiff's Response to Defendant's
First Request for Production and Plaintiff's Answers to Defendant's First Set of Interrogatories.
On September 22, 2025, Defendant served on Plaintiff Defendant's Objections and Answers to
Plaintiff's First Set of Interrogatories and Defendant's Objections and Responses to Plaintiff's
First Requests for Production.

       The parties are currently working together to schedule depositions.

1

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF:                    ATTORNEYS FOR DEFENDANT:


*Molly J. Sapp*                              *R. Kendall Yow*

Molly J. Sapp, *admitted pro hac vice*       Gregory K. Winslett, *admitted pro hac vice*
Florida Bar No. 1044896                      Texas Bar No. 21781900
Texas Bar No. 24122949                       R. Kendall Yow, *admitted pro hac vice*
Colorado Bar No. 61149                       Texas Bar No. 24066806
**WOOLSEY MORCOM PLLC**                      kyow@qslwm.com
203 Fort Wade Rd., Suite 260                 **QUILLING, SELANDER, LOWNDS,**
Ponte Vedra, Florida 32081                      **WINSLETT & MOSER, P.C.**
Telephone: (904) 638-4235                    2001 Bryan Street, Suite 1800
Facsimile: (904) 638-9302                    Dallas, Texas 75201
msapp@woolseymorcom.com                      214-871-2100 Telephone
jonathan@woolseymorcom.com                   214-871-2111 Facsimile
leticia@woolseymorcom.com                    gwinslett@qslwm.com
cgilbert@woolseymorcom.com                   kyow@qslwm.com
fppeservice@woolseymorcom.com

cc:  All counsel of record via ECF

2